**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KRISTOFER K. ONDREJKA,**

      **Plaintiff,**

     v.                                                                             **Case No. 14-CV-999**

**RACINE CORRECTIONAL INSTITUTION,**
**NP LORA BLASIUS, RN SUSAN NYGREN,**
**and WARDEN PAUL KEMPER,**

      **Defendants.**

---

### DECISION AND ORDER

Plaintiff, Kristofer K. Ondrejka, who is proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 along with a petition to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. By order dated November 17, 2014, plaintiff was ordered to show cause by December 8, 2014, why this case should not be dismissed for nonpayment of the initial partial filing fee. To date plaintiff has not paid the initial partial filing fee and he has not provided the court with information regarding his failure to pay. Accordingly, the court infers that plaintiff no longer wants to prosecute this action.

**NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is dismissed without prejudice for failure to prosecute.

**IT IS ALSO ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2014.

                                                              s/ Lynn Adelman
                                                              _____
                                                              LYNN ADELMAN
                                                              District Judge